BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
TRACY L. MAINGUY, Bar No. 176928
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
         clozano@unioncounsel.net
         tmainguy@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING-RETRAINING/ APPRENTICESHIP TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>VALLEY UTILITY SERVICES, INC., a California Corporation,<br><br>Defendant. | No.  CV 16-2003 MEJ<br><br>~~PROPOSED~~ **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

(PROPOSED) ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. CV 16-2003 MEJ

## ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Ex Parte Application for Continuance of Case Management Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, the Court orders a continuance of the July 14, 2016 Case Management Conference for 90 days, or as soon thereafter as a court date is available. In addition, the Court orders:

Dated: July 8, 2016

HONORABLE MARIA ELENA JAMES
United States District Court Magistrate Judge

140232\871708

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
(PROPOSED) ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. CV 16-2003 MEJ