BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
TRACY L. MAINGUY, Bar No. 176928
RYAN B. KADEVARI, Bar No. 302957
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bhinkle@unioncounsel.net
clozano@unioncounsel.net
tmainguy@unioncounsel.net
rkadevari@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VALLEY UTILITY SERVICES, INC., a California Corporation, et al.,<br><br>Defendants. | No. 4:16-cv-02003-YGR<br><br>[PROPOSED] JUDGMENT[1]<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>*AS MODIFIED BY THE COURT* |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** Judgment is entered in favor of Plaintiffs THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA;

---

[1] On September 28, 2017, almost one week after the Court adopted Magistrate Judge Maria-Elena James' Report and Recommendation and granted plaintiffs' motion for default judgment, defendant John Benedict filed an objection to the Report. (Dkt. No. 58.) Defendant Benedict's objection was filed several days past the deadline for filing objections. Benedict notes that he knew nothing of this litigation until he received a copy of the Report, dated September 1, 2017, however, he received personal service on September 16, 2016. (Dkt. No. 31.) In any event, defendant Benedict's objections contain no meritorious grounds to reconsider the Court's prior grant of the motion for default judgment. Accordingly, the Court **OVERRULES** defendant Benedict's objections.

1

[PROPOSED] JUDGMENT
Case No. 4:16-cv-02003-YGR

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA ("Trust Funds") and against Defendants VALLEY UTILITY SERVICES, INC.; UTILITIES SERVICES OF NEVADA, INC. d/b/a Utility Services of NV, Inc.; and JOHN BENEDICT (collectively "Defendants") as follows:

1. Defendants, and each of them, are ordered to pay $1,351,677.21 in past due contributions for January 2013 to December 2014 owed to the Trust Funds;

2. Defendants, and each of them are ordered to pay $354,052.80 in liquidated damages and interest in relation to unpaid contributions for January 2013 through December 2014 owed to the Trust Funds;

3. Defendants, and each of them, are ordered to pay $7,708.26 in delinquent fringe benefits contributions for April 2015 to September 2015 owed to the Trust Funds;

4. Defendants, and each of them, are ordered to pay $5,445.08 in liquidated damages and interest in relation to unpaid contributions for April 2015 to September 2015 owed to the Trust Funds;

5. Defendants, and each of them are ordered to submit to an audit covering the period January 1, 2015 to the present.

6. Defendants, and each of them are ordered to pay $9,882.50 in attorneys' fees and $1,803.96 in costs owed to the Trust Funds; and

7. The District Court retains jurisdiction to enforce the order compelling the audit and to amend the judgment to reflect any contributions and interest owed by Defendants, and each of them, after Plaintiffs submit an additional declaration setting forth the results of the audit and proving up their request for damages.

**IT IS SO ORDERED.**

DATED: October 6, 2017

HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001